IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| **BRIAN JAMES WEST,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 2:14-cv-00078 |
| v. ) | |
| ) | Judge Nixon |
| **CAROLYN W. COLVIN,** ) | Magistrate Judge Brown |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 17), filed with a Brief in Support (Doc. No. 18). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion. (Doc. No. 21.) Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 22 at 26.) The Report was filed on November 9, 2015, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the Commissioner's decision. The Clerk of the Court is **DIRECTED** to close this case.

It is so ORDERED.

Entered this the 9th day of December, 2015.

 _____
 JOHN T. NIXON, SENIOR JUDGE
 UNITED STATES DISTRICT COURT